```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                        Plaintiff,

-against-

REMO, INC.,

                        Defendant.

22 Civ. 3763 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 20, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by July 8, 2022. ECF No. 6. On July 8, 2022, the Court granted Defendant an extension of time to respond to the complaint. *See* ECF No. 12. However, Defendant did not request an extension for the joint letter and proposed case management plan. *See* ECF No. 11. These submissions are now overdue. Accordingly, by **July 21, 2022**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: July 14, 2022
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge