```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

REMO, INC.,

                Defendant.

22 Civ. 3763 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 14, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by July 21, 2022. ECF No. 13. These submissions are now overdue. Accordingly, by **August 1, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 25, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge